ACCEPTED
04-15-00492-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/8/2015 10:01:54 AM
KEITH HOTTLE
CLERK

**CAUSE NO. 04-15-00492-CR**

| | | |
|---|---|---|
| **GEORGE MUNOZ, JR.** | § | **IN THE FOURTH COURT** |
| | § | |
| **V.** | § | **OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/08/15 10:01:54 AM
KEITH E. HOTTLE
Clerk

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

COMES NOW GEORGE MUNOZ, JR., the Appellant in the above styled and numbered cause, and pursuant to Rule 10 of the Rules of Appellate Procedure files this Motion requesting that the Court extend the time for filing the Appellant's brief in this cause, and in support shows as follows:

A.

1. The case is on appeal from the 226th District Court, Bexar County, Texas.

2. The style and number of the case in the trial court is State v. Munoz, Cause No. 2015-CR-5575.

3. The Appellant was charged with the offense of murder.

4. Punishment was assessed at life.

5. The present deadline for filing the Appellant's brief is December 30, 2015.

6. The Appellant seeks an extension of time of 90 days until March 30, 2016.

1

7. This is the Appellant's first motion for extension of time to file the Appellant's brief.

B.

This extension is not sought for the purpose of delaying this appeal, but for the following reason:

1. Counsel would show that counsel has an aggravated sexual assault of a child case scheduled for trial on December 10, 2015 in State v. Trinidad in the 379th District Court, Bexar County, Texas; has a murder brief due on January 4, 2016 in Ramirez v. State in the Fourth Court of Appeals, San Antonio, Texas; has a federal fraud trial scheduled for trial on January 11, 2016 in the Western District of Texas in United States v. Hoffman; has a death penalty brief due on January 15, 2016 in the Fifth Circuit in Stephens v. Ramirez; has a drug trial scheduled on January 21, 2016 in State v. Carter in the 399th District Court; has a brief due on January 26, 2016 in this Court in Villarreal v. State; has a federal fraud trial scheduled on February 1, 2016 (estimated to last for one month) in the Western District of Texas in United States v. Smith; and is scheduled for trial on March 9, 2016 in State v. Timmins in County Court at Law No. 4, Bexar County, Texas.

2. The Appellant needs additional time in the case at bar to review the record and to conduct the necessary research to adequately prepare the Appellant's brief.

2

C.

On December 8, 2015, counsel conferred with counsel for the State, Enrico Valdez, and his office stated that he is unopposed to the granting of this motion.

WHEREFORE, PREMISES CONSIDERED, Counsel for the Appellant prays that the Court grant an extension of time up to and including March 30, 2016 for filing the Appellant's brief.

Respectfully submitted,

GROSS & ESPARZA, P.L.L.C.


/s/ Michael C. Gross
Michael C. Gross
State Bar No. 08534480
106 South St. Mary's Street, Suite 260
San Antonio, Texas  78205
(210) 354-1919
(210) 354-1920 Fax

Attorney for the Appellant,
GEORGE MUNOZ, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was emailed to Enrico Valdez at jeanette.canales@bexar.org on the 8th day of December 2015.


/s/ Michael C. Gross